IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DONNA MARIE KOZAK, RANDALL DAVID DUE, COUNTY OF WASHINGTON, KAREN A. MADSEN, in her official capacity as;<br><br>        Defendants. | 8:13CV122<br><br>MEMORANDUM AND ORDER |

Construed liberally, Defendant Due's Motion to Strike, (Filing No. 33), is actually a response to the plaintiff's motion for summary judgment. Defendant Due's motions for copies, (Filing Nos. 31 and 32) are interpreted as requesting a copy of the Motion to Strike (which raises the legal arguments listed is filings 31 and 32).

Accordingly,

IT IS ORDERED:

1) Filing number 33 shall be removed from any pending motion list and re-identified as defendant Due's response to the plaintiff's motion for summary judgment.

2) Defendant Due's motions for copies, (Filing Nos. 31 and 32) is granted only to the extent that the attached copy of his motion to strike will be sent to the defendant with this order.

3) A copy of this order shall be provided to Judge Urbom.

September 9, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| U.S.A., ex rel. | 8:13CV122 |
| OFFICIALS AND OFFICERS OF THE PUBLIC TRUST | IS SUBORDINATE TO AND OUTRANKED BY |
| (PLAINTIFFS WITH COMMERCIAL LIABILITY) | 8:12CR344 |
| SADDLED WITH THE BURDEN OF PROOF | DATE: 17 AUGUST 2013 |
| VS. | |
| DONNA MARIE KOZAK, RANDALL DAVID DUE, | DEMAND "STRIKE" |
| COUNTY OF WASHINGTON, AND KAREN A. MADSEN, | DISMISS "WITH PREJUDICE" |
| IN HER OFFICIAL CAPACITY AS REGISTER OF DEEDS | RULE 12D |
| OF WASHINGTON COUNTY, NEBRASKA | NO PRESUMPTIONS |
| DEFENDANTS | ALLOWED |

I, RANDALL DUE, HAVE BEEN DENIED "DUE PROCESS OF LAW" AND EQUAL PROTECTION OF THE LAW BY BEING FALSLY DETAINED IN 4 DIFFERENT JAILS SINCE 9 JULY 2013, BY BEING DENIED PROPER COMMUNICATION BY PHONE AND BY MAIL TO MY LEGAL DEFENSE RESOURCES. THESE ARE 5TH AND 14TH AMENDMENT CIVIL RIGHTS FELONY OFFENSES BY 18 USC SECTION 241 AND 242.

BECAUSE OF THIS DENIAL OF DUE PROCESS OF LAW I WAS NOT MADE AWARE OF PLAINTIFF'S RESPONSE TO DEFENDANT RANDALL DAVID DUE'S AFFIDAVIT OF CHALLENGE, UNTIL NOW.

GEORGIA, MITCHELL COUNTY
Entered in:
Lien Docket ___1___ Page 307

PAGE 1 OF 5

THEREFORE, THIS RESPONSE IS AS TIMELY AS I AM ABLE TO PROVIDE.

I, RANDALL DUE, CERTIFY UNDER MY OWN COMMERCIAL LIABILITY THE FOLLOWING TO BE TRUE, CURRENT, AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

GEORGIA, MITCHELL COUNTY
ALLEGATIONS/CLAIMS   Entered in: Lien Docket __1__ Page 308

THE 1ˢᵗ DEFECT, RULE 12, IN THIS CASE IS THAT THE LIEN DEBTORS "DEFAULTED" ON THE 90-DAY GRACE PERIOD of THE 1ˢᵗ AMENDMENT ADMINISTRATIVE OATH/CONSENSUAL PUBLIC COMMERCIAL LIEN PROCESS, WHICH CITIZENS HAVE AS A RIGHT FOR REDRESS of GRIEVANCES AGAINST PUBLIC OFFICIALS WHO HAVE VIOLATED THEIR REQUIRED OATH TO SUPPORT AND DEFEND THIS NATION, ITS CONSTITUTION, AND THE AMERICAN PEOPLE FROM ALL ENEMIES FOREIGN AND DOMESTIC.
ALSO KNOWN AS REBELLION OR INSURRECTION 18 USC SECTION 2383

THEREFORE, IT IS IMPOSSIBLE FOR THESE OATH/CONSENSUAL PUBLIC COMMERCIAL LIENS, AGAINST PUBLIC OFFICIAL'S REBELLION OR INSURRECTION, TO BE FALSE, FICTITIOUS, OR FRAUDULENT, OR BOGUS.

THE 2ND DEFECT, RULE 12, IS THAT THE PLAINTIFF IS ATTEMPTING TO PROCURE THE COURT TO USE CIVIL CASE NO. 8:13CV122,
WHICH IS SUBORDINATE TO CRIMINAL CASE NO. 8:12CR344 TO BYPASS CASE NO 8:12CR344 SUBJECT MATTER, WHICH SUBJECT MATTER THE PLAINTIFF HAS NEVER PROVEN TO BE FALSE, FICTITIOUS, OR FRAUDULENT, OR BOGUS. — 18 USC § 1622 CRIME

CRIMINAL TAKES PRECEDENT OVER CIVIL
RULE 12D: NO PRESUMPTIONS ALLOWED

DEFENDANTS, RANDALL DUE AND DONNA KOZAK HAVE NOT CONSENTED TO AN EQUITY HEARING AND/OR EQUITY TRIAL.
THEREFORE, PLAINTIFF'S REQUEST FOR A SUMMARY JUDGEMENT IS "MOOT".

PLAINTIFF'S "ALLEDGED" STATEMENT OF FACTS/INFORMATION IS NOT SWORN TO BE TRUE, CORRECT, AND COMPLETE.

IN CASE: IRS vs PHILLIP MARSH, PRESIDENT OF THE PILOT CONNECTION, IN THE INDICTMENT, THE IRS SET A PRECEDENT AND ESTABLISHED THAT ANY "INFORMATION" NOT SWORN TO BE TRUE, CORRECT, AND COMPLETE WAS A "SCAM".

GEORGIA, MITCHELL COUNTY
Entered in:
Lien Docket __1__ Page __309__

PAGE 3 OF 5

THEREFORE, PLAINTIFF'S "ALLEDGED" STATEMENT OF FACTS/INFORMATION IS A SCAM/FRAUD of PROCESS.

A VIOLATION of ARTICLE IV SECTION 1 of U.S.A. CONSTITUTION, AND A FAILURE TO PROVIDE "FULL DISCLOSURE", WHICH IS FRAUD, PREDICATED UPON VIOLATION of DUE PROCESS of LAW — 5TH AND 14TH AMENDMENT VIOLATION.

PLAINTIFF'S CLAIM, QUOTE: "Id." PROPERLY REFERENCED MATERIAL FACTS IN MOVANT'S STATEMENT ARE CONSIDERED ADMITTED UNLESS CONTROVERTED BY THE OPPOSING PARTY'S RESPONSE. "Id. (EMPHASIS IN ORIGINAL) SEE ALSO FED. R. CIV. P. 56 (e)

PLAINTIFF HAS FAILED TO PROVE ANY PART of THE OATH/CONSENSUAL PUBLIC COMMERCIAL LIENS TO BE FALSE, FICTITIOUS, OR FRAUDULENT IN CASE NO. 8:12CR344, YET PLAINTIFF STATES THAT THE LIENS ARE QUOTE: "BOGUS LIENS."

BY PLAINTIFF'S OWN REFERENCING TO THE ABOVE CITED REFERENCE, PLAINTIFF IS ADMITTING THE LIENS IN QUESTION TO BE VALID, BECAUSE of LIEN DEBTOR'S "DEFAULT", BY FAILING TO CONTROVERT/CONTEST THE STATE FACTS IN THE ADMINISTRATIVE LIEN PROCESS WITHIN THE 90-DAY GRACE PERIOD.

GEORGIA, MITCHELL COUNTY
Entered in:
Lien Docket __1__ Page __310__          PAGE 4 of 5

## – REPLEVIN –
## REMEDY/RELIEF

DEFENDANT, RANDALL DUE, DEMANDS THE COURT TO "STRIKE" PLAINTIFF'S ALLEGATIONS/CLAIMS FROM THE OFFICIAL RECORDS AS INVALID AND TO DISMISS PLAINTIFF'S CASE "WITH PREJUDICE" BECAUSE OF THE AFORESAID CITED PLAINTIFF'S "FRAUD OF PROCESS".

THE "CAUSE OF ACTION" FOR THIS DEMAND IS:
18 USC SECTIONS: – VIOLATIONS –
  2 – PRINCIPALS
  3 – ACCESSORY AFTER THE FACT
  4 – MISPRISION OF FELONY
  241 – CONSPIRACY OF RIGHTS
  242 – DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
  1513 – RETALIATING AGAINST A WITNESS, VICTIM, OR INFORMANT
  1622 – SUBORNATION OF PERJURY
  2383 – REBELLION OR INSURRECTION
  AND RULE 12 AND OTHERS.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE TO AGENT IS NOTICE TO PRINCIPAL

I, RANDALL DUE, EXERCISE THE RIGHT TO AMEND THIS AND/OR ANY OTHER DOCUMENT, IF NECESSARY, IN ORDER THAT THE TRUTH MAY BE MORE FULLY AND CERTAINLY ASCERTAINED AND JUSTLY DETERMINED.

17 AUGUST 2013

GEORGIA, MITCHELL COUNTY
Entered in:
Lien Docket __1__ Page __311__

Randall Due "WITHOUT RECOURSE"
US PUBLIC MINISTER

PAGE 5 of 5

Randall Due
179 Green Street East
Pecham, GA 31779-1350



RECEIVED

SEP 6 - 2013

CLERK
U.S. DISTRICT COURT
OMAHA



Clerk of Court
Roman L. Hruska Federal Courthouse
111 South 18th Plaza suite 1152
Omaha, NE
   68102