# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:13CV122** |
| vs. | |
| **DONNA MARIE KOZAK and RANDALL DAVID DUE,** | **ORDER** |
| Defendants. | |

This matter is before the court sua sponte. The plaintiff shall have to on or before **April 24, 2015**, to file a status report concerning whether the stay should continue in effect or whether the stay should be lifted. **See** NECivR 41.2.

**IT IS SO ORDERED**.

Dated this 10th day of April, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge