IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>DONNA MARIE KOZAK, RANDALL DAVID DUE, COUNTY OF WASHINGTON, KAREN A. MADSEN, in her official capacity as;<br><br>          Defendants. | **8:13CV122**<br><br>**ORDER** |

This matter is before the Court on the joint stipulation for dismissal pursuant to Rule 41(a)(1)(A)(ii) between the plaintiff, USA, and the defendants, County of Washington and Karen A. Madsen. The Court has reviewed the record and finds that the stipulation should be granted. None of the parties have filed any objection to this motion.

THEREFORE IT IS ORDERED THAT:

1)   The joint stipulation, Filing No. 44, is sustained; and

2)   This action is dismissed as to defendants County of Washington and Karen A. Madsen.

Dated this 9th day of June, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge